PAULA T. DOW
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey  08625
Attorney for defendants,
   New Jersey Board of Bar Examiners (improperly pled as
   "New Jersey Superior Court Board of Bar Examiners")
   Karin McBride

By:   Luanh L. D'Mello
      Deputy Attorney General
      (609) 777-3735

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF TRENTON

| | |
|---|---|
| KAREN ALI, | Hon. Freda L. Wolfson, U.S.D.J. |
| Plaintiff, | |
| | Civil Action No. 11-3187(FLW-LHG) |
| v. | |
| | <u>Civil Action</u> |
| NEW JERSEY BOARD OF BAR EXAMINERS (IMPROPERLY PLED AS "NEW JERSEY SUPERIOR COURT BOARD OF BAR EXAMINERS"), et al., | NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED R. CIV. P. 12(b)(6) and 12(b)(1) |
| Defendants. | |

TO:   CLERK OF THE COURT

      Matthew Benjamin Weisberg, Esq.
      Prochniak Weisberg, PC
      7 South Morton Avenue
      Morton, PA 19070

      PLEASE  TAKE  NOTICE  that  on  August  15,  2011,  the undersigned Paula T. Dow, Attorney General of New Jersey, Luanh L.

D'Mello, Deputy Attorney General, appearing on behalf of Defendants, New Jersey Board of Bar Examiners (improperly pled as "New Jersey Superior Court Board of Bar Examiners") and Karin McBride shall move before the Honorable Freda L. Wolfson, U.S.D.J. in the United States District Courthouse, Trenton, New Jersey, for an Order pursuant to Fed. R. Civ. P. (12 (b)(6) and 12(b)(1), dismissing Plaintiff's Complaint.

PLEASE TAKE FURTHER NOTICE that the undersigned shall rely upon the Brief, Certification of Luanh L. D'Mello, Deputy Attorney General and attached exhibits submitted herewith in support of the motion.

It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearing of counsel, as provided by Fed. R. Civ. P. 78.

A proposed form of Order is attached hereto.

                                    PAULA T. DOW
                                    ATTORNEY GENERAL OF NEW JERSEY


                              By: s/Luanh L. D'Mello
                                  Luanh L. D'Mello
                                  Deputy Attorney General

Dated: July 19, 2011